# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| MARK and COLLEEN HOFFMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.;<br><br>    Defendants. | Hon Jerome B. Simandle, Chief Judge<br><br>Magistrate J. Ann Marie Donio<br><br>Civil Case No.  1:13-cv-06351-JBS-AMD<br><br>**CERTIFICATION OF KENT L. KLAUDT, ESQ.** |

  Kent L. Klaudt, in lieu of oath or affidavit hereby certifies as follows:

  1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, a law firm located in San Francisco, California.  I submit this Certification pursuant to L.Civ.R. 101.1(c) in support of Plaintiffs' Motion for an Order permitting me to appear in the above-entitled action *Pro Hac Vice*.  I am personally familiar with the facts set forth herein.

  2. I am a member in good standing of the Bar of the State of California and (California Bar No. 183903), admitted to the practice of law in California since 1996.  I have never been disciplined, suspended or disbarred by these or any other Court.

  3. Attached as exhibit A to this certification is my certificate of good standing issued by the California State Bar.

  4. Plaintiffs have requested that I represent them in this action.

  5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  I understand

1140856.1

that I have a continuing obligation during the period of my *Pro Hac Vice* admission to promptly advise the Court of a disposition made of pending charges or of the institution of any disciplinary proceedings.

      6.      There is good cause for this *Pro Hac Vice* admission, including the following reasons:

          a.      This action involves complex issues of law and fact in which I am a specialist, and

          b.      There has been an attorney/client relationship with the client for an extended period of time.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 17, 2014

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Kent L. Klaudt, Esq.

Daniel R. Leathers, Esq. (NJ Bar No. 1044-2009)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: kklaudt@lchb.com
       dleathers@lchb.com

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 10, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KENT L. KLAUDT, #183903 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1996; that from the date of admission to December 31, 2003, he was an ACTIVE member of the State Bar of California; that on December 31, 2003, he transferred at his request to the INACTIVE status; that from that date to May 25, 2004, he was an INACTIVE member of the State Bar of California; that on May 25, 2004, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records