UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARK and COLLEEN HOFFMAN,<br><br>              Plaintiffs,<br><br>    vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.;<br><br>              Defendants. | Hon Jerome B. Simandle, Chief Judge<br><br>Magistrate J. Ann Marie Donio<br><br>Civil Case No. 1:13-cv-06351-JBS-AMD<br><br>**ORDER ADMITTING KENT L. KLAUDT** *PRO HAC VICE* |

      This matter being opened to the court by Daniel R. Leathers, a New Jersey attorney and the attorney of record to permit Kent L. Klaudt, an attorney admitted to the practice of law in the State of California to participate with other counsel for Plaintiff in all phases of the trial, and it appearing that Kent L. Klaudt is a licensed attorney in good standing in the State of California, and it appearing Kent L. Klaudt requests *pro hac vice* to appear on behalf of Mark and Colleen Hoffman.

      It is on this ____ day of _____, 2014, ORDERED, that KENT L. KLAUDT, ESQ. is admitted *pro hac vice* and is authorized to appear and participate with other counsel for Plaintiffs Mark and Colleen Hoffman in all phases of the trial.

      A copy of this order shall be served on all parties within seven (7) day of the date hereof.

Dated: _____, 201_        _____,
                                                                           J. Ann Marie Donio

1140672.1